IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARKER SANITATION, an Iowa Corporation, | ) ) | Case No. 4:02CV3330 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE |
| CITY OF NEBRASKA CITY, NEBRASKA, | ) ) | DESTROYED |
| Defendant, | ) ) | |
| vs. | ) ) | |
| WASTE CONNECTIONS OF NEBRASKA, INC., | ) ) ) | |
| Intevenor Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibit previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Nonjury trial held on 7/25/03

Plaintiff's Exhibit No.  19

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th day of February, 2008.

s/ *Richard G. Kopf*
United States District Judge